# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONTE WOODS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82275

**FILED**

JAN 14 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus seeking a writ directing the court of appeals to reverse and vacate the "order and/or action" denying petitioner's jury instructions #22 malice aforethought and #23 implied malice in regard to attempted murder.

The relief petitioner seeks is not permitted under NRS 34.160. Moreover, petitioner already petitioned for review under NRAP 40B of the court of appeals order in *Woods v. State*, Docket No. 76841-COA (Order Affirming in Part, Reversing in Part and Remanding, March 19, 2020), and this court denied his petition. *Woods v. State*, Docket No. 76841 (Order Denying Petition for Review, July 8, 2020).

21-01237

As a result, the law-of-the-case doctrine applies, *Dictor v. Creative Mgmt. Servs., LLC*, 126 Nev. 41, 45, 223 P.3d 332, 334 (2010), precluding the relief petitioner seeks here. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Silver

cc:   Donte Woods
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk